United States District Court
Southern District of Texas

**ENTERED**

March 25, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL ADAM TORRES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-088 |
| | § | |
| ERIC GUERRERO, Director, TDCJ— | § | |
| Correctional Institutional Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Plaintiff Samuel Adam Torres filed a petition for writ of habeas corpus, challenging certain aspects of his criminal sentence and decisions related to parole. (Pet., Doc. 1)  A United States Magistrate Judge ordered Torres to pay the proper filing fee or file for *in forma pauperis* status. (Order, Doc. 9)  Torres took no action in response, and instead filed a separate habeas action. *See Torres v. TDJC et al.*, Civil Action No. 1:25-cv-116 (S.D. Texas–Brownsville Division).  The Magistrate Judge consolidated the two cases together into the present case. (Order, Doc. 12)  The Magistrate Judge issued repeated warnings to Torres of the deficiencies in his filings and notified him that his action may be dismissed if he failed to comply with the Court's Orders. (*Id.*; Order, Doc. 21)

On October 20, 2025, the Magistrate Judge issued an Order warning Torres that failure to make the proper filings by November 7, 2025, would likely result in dismissal of his claims. (Order, Doc. 23)  Torres made no subsequent filings.  In January 2026, based on the record and the applicable law, the Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss without prejudice Torres's Petition for failure to prosecute the case. (R&R, Doc. 26)  No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b),

1 / 2

Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 26).  It is:

**ORDERED** that Petitioner Samuel Adam Torres's Petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on March 25, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge